MICHAEL J. MCGINNIS, #55908
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 310
FRESNO, CA. 93721
559-497-7979

FILED

OCT 0 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:06-CR-00311-OWW-2 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| FERNANDO PONCE GARCIA | |
| Defendant. | |

Defendant, , hereby substitutes MICHAEL J. MCGINNIS, Attorney at law, 2014 Tulare Street, Suite 310, Fresno, , CA. 93721 (559) 497-797, as his attorney of record in place and instead of attorney NICHOLAS F. REYES:

I accept the above substitution.

Dated: October 1, 2007

MICHAEL MCGINNIS

I agree to the above substitution.

Dated: October 1, 2007

FERNANDO PONCE-GARCIA

Substitution consented to.

Dated: October 1, 2007

NICHOLAS F. REYES

It is so ordered
10-1-07

U.S. D.J.

-1-