(SPACE BELOW FOR FILING STAMP ONLY)

**MICHAEL J. McGINNIS #55908**
**LAW OFFICES OF MICHAEL J. McGINNIS**
1713 TULARE STREET, SUITE 110
FRESNO, CA 93721
PHONE (559) 497-7979
FAX (559) 497-9011

ATTORNEYS FOR   Defendant, Fernando Ponce Garia

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:06-CR-311 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE TRIAL DATE AND WAIVER OF TIME |
| v. ) | |
| FERNANDO POMNCE GARCIA,   ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between defendant, FERNANDO PONCE GARCIA, his attorney of record, Michael J. McGinnis, and Plaintiff, United States of America, by and through Assistant United States Attorney, Laurel J. Montoya, that the trial in the above-captioned matter be continued from July 15, 2008 to July 17, 2008.

This continuance is jointly requested by the parties.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

    1.    Title 18, United States Code §3161(h)(8)(A) – that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

It is so stipulated.

DATED:   July 14, 2008         /s/ Fernando  Ponce  Garcia
                               FERNANDO PONCE GARCIA, Defendant

DATED: July 15, 2008

                               /s/ Michael J. McGinnis
                               _____
                               MICHAEL J. McGINNIS,
                               Attorney for Defendant,

DATED:  July 15, 2008          /s/ Laurel J. Montoya
                               _____
                               LAUREL J. MONTOYA,
                               Attorney for Plaintiff, United States of America

IT IS SO ORDERED.

**Dated:   July 15, 2008**         **/s/ Oliver W. Wanger**
                               UNITED STATES DISTRICT JUDGE

2