UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO PONCE GARCIA,<br><br>　　　　　　Defendant | No.  1:06-cr-0311 AWI<br><br>**AMENDED ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

　　　　This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant was convicted of (1) conspiracy to distribute methamphetamine and conspiracy to possess methamphetamine with the intent to distribute more than 500 grams, but less than 1.5 kilograms, of actual methamphetamine, in violation of 21 U.S.C. §§ 841 and 846, and (2) possession of a firearm in furtherance of a drug trafficking offense, in violation of 18. U.S.C. § 924(c)(1)(A). Doc. 136 at 5. The sentencing court sentenced defendant to 168 months as to Count 1 and 60 months as to Count 2, to be served consecutively.

　　　　The parties agree, and the Court finds, that Mr. Garcia is entitled to the benefit Amendment 782, which reduces the total offense level on Count 1 from 33 to 31, resulting in an amended guideline range of 135 to 168 months.  This Court has considered the Section 3553(a) factors and, for the same reasons that the sentencing court ordered a sentence at the low end of the Guideline Range at the defendant's sentencing on December 8, 2008, the Court finds that the Section 3553(a) factors support a sentence at the low end of the amended guideline range.

///

IT IS HEREBY ORDERED that, as to Count 1, the defendant's term of imprisonment imposed on December 8, 2008, is reduced to a term of 135 months, to be served consecutively with the 60 month sentence imposed as to Count 2, for a total sentence of 195 months. If this sentence is less than the amount of time the defendant has already served as of the date of this order, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Garcia shall report to the United States Probation Office within seventy-two hours after his release.

The Clerk of the Court is respectfully directed to terminate this defendant and close the case.

IT IS SO ORDERED.

Dated:   February 18, 2016

_____
SENIOR  DISTRICT  JUDGE