# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>v.<br><br>**FERNANDO GARCIA,**<br><br>**Defendant** | **CASE NO. 1:06-CR-0311 AWI-1**<br><br>**ORDER ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br><br>(Doc. Nos. 160, 161) |

On November 3, 2020, Defendant through counsel filed a motion for compassionate release. See Doc. No. 160. On December 21, 2020, Defendant's counsel filed a motion to withdraw the motion for compassionate release without prejudice. See Doc. No. 161. According to defense counsel, Defendant was released from the custody of the Bureau of Prisons and into the custody of Immigration and Customs Enforcement. See id. Counsel represents that Defendant was either released on bond to his family or deported. See id. Counsel states that the motion for release is now moot and withdrawal of the motion without prejudice is appropriate. See id. No other filings have occurred in this case. After consideration, the Court will grant the motion to withdrawal and deny the motion for compassionate release without prejudice as moot.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to withdraw the motion for compassionate release (Doc. No. 161) is GRANTED;

2. Defendant's motion for compassionate release is DENIED without prejudice as withdrawn; and

3. This case remains CLOSED.

IT IS SO ORDERED.

Dated:   December 13, 2022            _____
                                      SENIOR DISTRICT JUDGE